1  Allison V. Saunders, Bar No. 220010
   E-mail: asaunders@fordharrison.com
2  Lauren T. Williams, Bar No. 266264
   E-mail: ltwilliams@fordharrison.com
3  Ford & Harrison LLP
   350 South Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: 213-237-2400
5  Facsimile: 213-237-2401

6  Attorneys for Defendants
   NORTH COUNTY FIRE PROTECTION
7  DISTRICT OF MONTEREY COUNTY and
   CHRIS ORMAN
8

9  Samantha M. Swanson, Bar No. 286954
   Email: sswanson@adamsferrone.com
10 Adams, Ferrone and Ferrone APC
   4333 Park Terrace Drive, Suite 200
11 Westlake Village, CA 91361
   Telephone: 805-373-5900
12 Facsimile: 818-874-1382

13
   Attorneys for Plaintiff
14 JONATHAN RUSKELL

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | JONATHAN RUSKELL,                          | Case No. 15-cv-03540-BLF
19 |                                            | Hon. Beth Labson Freeman
   |              Plaintiff,                    |
20 | v.                                         | **JOINT STIPULATION AND [PROPOSED]
   |                                            | ORDER REGARDING GRANTING
21 | NORTH COUNTY FIRE                          | JOINT ADMINISTRATIVE MOTION TO
   | PROTECTION DISTRICT OF                     | APPEAR TELEPHONICALLY AT
22 | MONTEREY COUNTY, a public                  | INITIAL CASE MANAGEMENT
   | agency and/or municipal corporation;       | CONFERENCE**
23 | CHRIS ORMAN, individually and as           |
   | Fire Chief; and DOES 1 THROUGH             | *[Filed concurrently with Joint Administrative
24 | 10,                                        | Motion to Appear Telephonically At Initial
   |                                            | Case Management Conference]*
25 |              Defendants.                   |
26
                                                Date:       January 21, 2016
27                                              Time:       ~~10:00 a.m.~~ FF¢¢Ã¤È
                                                Courtroom:  3
28
                                                FAC Filed:  December 1, 2015
                                                Date:       None Set

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Pursuant to Civil L.R. 7-11 and 7-12, Plaintiff Jonathan Ruskell ("Plaintiff") and
2  Defendants North County Fire Protection District of Monterey County and Chris Orman
3  ("Defendants") file this stipulation regarding appearing telephonically at the Initial Case
4  Management Conference.
5  WHEREAS, an Initial Status Conference is scheduled for January 21, 2016 at
6  ~~10:00~~ a.m;
7  WHEREAS, counsel for both parties reside outside of the Northern District,
8  specifically in the greater Los Angeles area;
9  WHEREAS, appearing telephonically will save both parties considerable travel and
10 other expenses related to traveling to the hearing, and enable counsel to meet additional
11 obligations the day of the hearing;
12 WHEREAS, each party is amenable to the other appearing telephonically;
13 WHEREAS, the parties have filed a Joint Administrative Motion to Appear
14 Telephonically at the Initial Case Management Conference;
15 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and
16 between the parties, subject to the approval of the Court, that the parties will appear
17 telephonically at the January 21, 2016 Initial Case Management Conference.
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-

JOINT STIPULATION & [PROPOSED] ORDER
GRANTING MOTION
CASE NO.5:15-CV-03540-BLF

| | |
|---|---|
| Dated: January 11, 2016 | Respectfully submitted,<br><br>Ford & Harrison LLP<br><br>By: _____<br>Allison V. Saunders<br>Lauren T. Williams<br>Attorneys for Defendants<br>NORTH COUNTY FIRE PROTECTION<br>DISTRICT OF MONTEREY COUNTY &<br>CHRIS ORMAN |
| | Adams, Ferrone and Ferrone APC<br><br>By: _____<br>Samantha M. Swanson<br>Attorneys for Plaintiff<br>JONATHAN RUSKELL |

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN and given the parties' joint stipulation, the parties' joint administrative motion to appear telephonically at the Initial Case Management Conference on January 21, 2016 at ~~10:00~~ FFI€€A¤¥ E a.m. is hereby GRANTED.

**PURSUANT TO STIPULATION, IT SO ORDERED.**

Dated: _____    _____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE