Allison V. Saunders, Bar No. 220010
asaunders@fordharrison.com
Lauren T. Williams, Bar No. 266264
ltwilliams@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: 213-237-2400
Facsimile:  213-237-2401

Attorneys for Defendants
NORTH COUNTY FIRE PROTECTION
DISTRICT OF MONTEREY COUNTY and
CHRIS ORMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RUSKELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTH COUNTY FIRE PROTECTION DISTRICT OF MONTEREY COUNTY, a public agency and/or municipal corporation; CHRIS ORMAN, individually and as Fire Chief; and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. 15-cv-03540-BLF<br>Hon. Beth Labson Freeman<br><br>**SECOND REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED DISCOVERY AND PRE-TRIAL CUT-OFF DATES** |

　　　　Plaintiff Jonathan Ruskell ("Plaintiff") and Defendants North County Fire Protection District of Monterey County and Chris Orman ("Defendants"), by and through their attorneys of record (collectively "Parties"), submit this Joint Stipulation and Order regarding proposed discovery and pre-trial cut-off dates per this Court's January 21, 2016 order.

　　　　WHEREAS, on January 21, 2016 this Court set the trial date, pre-trial conference, last day to commence mediation, and reserved a hearing date for Motion for Summary Judgement; and

WHEREAS, the Court has ordered the Parties to provide additional proposed discovery and trial related cut off dates.

NOW, THEREFORE, the Parties hereby agree and stipulate to the following pre-trial and trial related dates and propose the same for this Court's consideration:

**PROPOSED SCHEDULE OF PRE-TRIAL AND TRIAL DATES**

| Matter | Proposed Date |
| --- | --- |
| Last Day to Amend Pleadings or Add New Parties | 2/29/2016 |
| Fact Discovery Cut-Off | 2/10/2017 |
| Expert Disclosure (Initial) | 6/9/2017 |
| Expert Disclosure (Rebuttal) | 7/14/2017 |
| Expert Disclosure (Sur Rebuttal) | 7/28/2017 |
| Expert Discovery Cut-Off | 8/11/2017 |
| Hearing Date for Motions for Summary Judgment* | 10/19/2017 at 9:00 A.M. |
| Cut-Off for Hearings on Non-Dispositive Motions (Discovery Motions) | 9/7/2017 |
| Final Pretrial Conference* | 1/11/2018 at 1:30 P.M. |
| Trial – (5 days)* | 2/5/2018 at 9:00 A.M. |

*These dates have been set pursuant to the Court's Case Management Order entered 1/21/2016.

Ford & Harrison LLP
Attorneys At Law
Los Angeles

Case No.: 15-cv-03540-BLF   - 2 -   SECOND REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED DISCOVERY AND PRE-TRIAL CUT-OFF DATES

| | |
|---|---|
| Dated:  February 18, 2016 | Respectfully submitted, |
| | FORD & HARRISON LLP |
| | By: /*Allison V. Saunders/* <br> Allison V. Saunders <br> Lauren T. Williams <br> Attorneys for Defendants <br> NORTH COUNTY FIRE PROTECTION DISTRICT OF MONTEREY COUNTY and CHRIS ORMAN |
| Dated:  February 18, 2016 | ADAMS, FERRONE AND FERRONE APC |
| | By: /*Samantha M. Swanson/* <br> Samantha M. Swanson <br> Attorneys for Plaintiff <br> JONATHAN RUSKELL |

Case No.: 15-cv-03540-BLF — - 3 - — SECOND REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED DISCOVERY AND PRE-TRIAL CUT-OFF DATES

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

# [PROPOSED] ORDER

The Court having reviewed the Parties' Joint Stipulation and [Proposed] Order regarding proposed discovery and pre-trial cut-off dates, ORDERS that the following discovery and pre-trial cut-off dates be established:

| Matter | Proposed Date |
| --- | --- |
| Last Day to Amend Pleadings or Add New Parties | 2/29/2016 |
| Fact Discovery Cut-Off | 2/10/2017 |
| Expert Disclosure (Initial) | 6/9/2017 |
| Expert Disclosure (Rebuttal) | 7/14/2017 |
| Expert Disclosure (Sur Rebuttal) | 7/28/2017 |
| Expert Discovery Cut-Off | 8/11/2017 |
| Hearing Date for Motions for Summary Judgment* | 10/19/2017 at 9:00 A.M. |
| Cut-Off for Hearings on Non-Dispositive Motions (Discovery Motions) | 9/7/2017 |
| Final Pretrial Conference* | 1/11/2018 at 1:30 P.M. |
| Trial – (5 days)* | 2/5/2018 at 9:00 A.M. |

*These dates have been set pursuant to the Court's Case Management Order entered 1/21/2016.

IT IS SO ORDERED.

Dated: _____, 2016        _____
                                  Hon. Beth Labson Freeman
                                  United States District Judge

Ford & Harrison LLP
Attorneys At Law
Los Angeles

Case No.: 15-cv-03540-BLF    - 4 -    SECOND REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED DISCOVERY AND PRE-TRIAL CUT-OFF DATES