Samantha M. Swanson, Bar No. 286954
Email: sswanson@adamsferrone.com
Adams, Ferrone and Ferrone APC
4333 Park Terrace Drive, Suite 200
Westlake Village, CA 91361
Telephone: 805-373-5900
Facsimile: 818-874-1382

Attorneys for Plaintiff
JONATHAN RUSKELL

Allison V. Saunders, Bar No. 220010
asaunders@fordharrison.com
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendants
NORTH COUNTY FIRE PROTECTION
DISTRICT OF MONTEREY COUNTY and
CHRIS ORMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RUSKELL, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH COUNTY FIRE PROTECTION DISTRICT OF MONTEREY COUNTY, a public agency and/or municipal corporation; CHRIS ORMAN, individually and as Fire Chief; and DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 15-cv-03540-BLF <br><br> *Hon. Beth Labson Freeman* <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint filed:   July 31, 2015 |

TO THIS HONORABLE COURT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties hereto, Plaintiff Jonathan Ruskell and Defendants NORTH COUNTY FIRE PROTECTION DISTRICT OF MONTEREY COUNTY and CHRIS ORMAN, by and through their counsel of record, hereby stipulate and agree that this action, including all claims asserted by Plaintiff against Defendants, is hereby dismissed with prejudice. Each party to bear its or his own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  December 30, 2016        Respectfully submitted,

                                                  ADAMS FERRONE & FERRONE

By:   /Samantha M. Swanson/
      Samantha M. Swanson
      Attorneys for Plaintiff,
      JONATHAN RUSKELL

Dated:  December 30, 2016        Ford & Harrison LLP

By:   /Allison V. Saunders/
      Allison V. Saunders
      Attorneys for Defendants
      NORTH COUNTY FIRE
      PROTECTION DISTRICT OF
      MONTEREY COUNTY & CHRIS
      ORMAN

<u>Order</u>

IT IS HEREBY ORDERED, pursuant to stipulation of the parties through their respective counsel, that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: _____          _____
                                Beth Labson Freeman
                                UNITED STATES DISTRICT JUDGE